**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**MARK JAMES BROWN, SR.,**

                **Plaintiff,**　　　　　　9:20-cv-1192
　　　　　　　　　　　　　　　　　　　　　　　　　(GLS/ATB)
       **v.**

**KORY KEEFER**

                **Defendant.**

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| **FOR THE PLAINTIFF:** Mark James Brown, Sr. *Pro Se* 10305 State Highway 37 Lisbon, NY 13658 | |
| **FOR THE DEFENDANT:** Sugarman Law Firm LLP 211 West Jefferson Street Syracuse, NY 13202 | BRITTANY LEE HANNAH, ESQ. PAUL V. MULLIN, ESQ. CORY JOHN SCHOONMAKER, ESQ. |

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

The above-captioned matter comes to this court following A Report-Recommendation and Order (R&R) by Magistrate Judge Andrew T. Baxter, duly filed January 13, 2023. (Dkt. No. 49.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections

filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 49) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendant Kory Keefer's motion for summary judgment (Dkt. No. 46) is **GRANTED**; and it is further

**ORDERED** that plaintiff's complaint (Dkt. No. 1) is **DISMISSED**; and it is further

**ORDERED** that the Clerk is directed to close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

January 31, 2023
Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge